IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODIS LEE JACKSON | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. H-05-890 |
| UNITES STATES OF AMERICA, | § § § | Criminal Action No. H-02-373-4 |
| Respondent. | § § § | |

## FINAL JUDGMENT

As Petitioner Odis Lee Jackson's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Civil Document No. 1, Criminal Document No. 212) has been denied, and the United States of America's Motion to Dismiss (Criminal Document No. 219) has been granted, the Court hereby

DISMISSES Petitioner Odis Lee Jackson's § 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 22nd day of November, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge